AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| MATTHEW HANSON, individually and behalf of all others similarly situated<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HAIN CELESTIAL GROUP, INC.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:21-cv-1269

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE HAIN CELESTIAL GROUP, INC.
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jonathan K. Tycko
Tycko & Zavareei LLP
1828 L St NW STE 1000, Washington DC 20036
202-973-0900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  03/09/2021
_____
_____
*Signature of Clerk or Deputy Clerk*